UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE EVERETT and FLORA EVERETT | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) Cause No. 4:17-CV-230 |
| AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* <br>   BUFFALO PUMPS, INC.,  et.al. | ) <br> ) <br> ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT OWENS-ILLINOIS, INC.

COME NOW Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a) voluntarily dismisses Defendant Owens-Illinois, Inc. without prejudice with all parties to bear their own costs.  Defendant Owens-Illinois, Inc. has not yet served either an answer or a motion for summary judgment.  Plaintiff's claims against all other Defendants remain unaffected.

Menges Law LLC

_____
Carson C. Menges, #58215
6400 W. Main St., Ste 1G
Belleville, IL 62223
618-277-6646
cmenges@mengesfirm.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was sent via the Missouri Eastern District Courts Electronic Case e-filing System this 23rd day of January, 2017 to all Defendants' counsel of record in the above-captioned case.

_____